GONZALEZ et al. *v.* CITY OF CHICAGO.

No. 984. Decided May 27, 1963.

*Frederic D. Houghteling, George W. Overton, F. Raymond Marks, Jr.* and *Donald Page Moore* for appellants.

*John C. Melaniphy, Milton P. Webster, Jr.* and *Albert E. Jenner, Jr.* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MILNE *v.* RHODE ISLAND.

No. 989. Decided May 27, 1963.

*William M. Kunstler* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.